FELIX D. KOZEKOWSKI, *ET AL.*, PLAINTIFFS-PETITION-
ERS, v. THE BOROUGH OF SAYREVILLE, *ET ALS.*, DE-
FENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

*Messrs. Jacobson & Winter* and *Mr. Sam Weiss* for the peti-
tioners.

October 13, 1964. ▰▰▰

ANGELO J. MONACO, PLAINTIFF-PETITIONER, v. JAMES
CONSTRUCTION CO., *ET AL.*, DEFENDANTS-RESPOND-
ENTS.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Charles J. Kahwaty* for the petitioner.

*Mr. William V. Breslin* for the respondents.